CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED
FEB 0 4 2009
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL L. ELLIS,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER ELDER, ET AL.,<br><br>Defendant(s). | Case No. 7:08CV00642<br><br>**FINAL ORDER**<br><br>By: Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ORDERED

that this civil rights action, pursuant to 42 U.S.C. § 1983, is hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim, and is stricken from the active docket of the court.

ENTER: This 4th day of February, 2009.

/s/ Glen E. Conrad
United States District Judge